UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VIRGILIO ALFORD,**

       **Plaintiff,**

v.                                         Case No:  6:20-cv-823-Orl-40GJK

**SPILLWAY SPAS, LLC, TEEL
MARKETING SOLUTIONS, LLC
and MICHELLE J TEEL,**

       **Defendants.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **SPILLWAY SPAS, LLC, TEEL MARKETING SOLUTIONS, LLC and MICHELLE J TEEL** in Orlando, Florida on the 15th day of June, 2020.

                                                              ELIZABETH M. WARREN, CLERK

                                                               s/MJ, Deputy Clerk

Copies furnished to:

Counsel of Record