# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**VIRGILIO ALFORD,**

      **Plaintiff,**

v.                                        **Case No: 6:20-cv-823-PGB-GJK**

**SPILLWAY SPAS, LLC, TEEL MARKETING SOLUTIONS, LLC and MICHELLE J TEEL,**

      **Defendants.**

_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approl of Settlement (Doc. 32 (the "**Motion**")), filed on March 4, 2021. The United States Magistrate Judge has submitted a Report recommending that the Motion be granted and the settlement approved.

After an independent *de novo* review of the record in this matter and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 9, 2021 (Doc. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement Approval (Doc. 32) is **GRANTED**.

3. Plaintiff's claims against Defendant are **dismissed with prejudice**.

4. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on March 25, 2021.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties